

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Frances Bajada*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, New Jersey 07102
frances.bajada@usdoj.gov

main: (973) 645-2700
direct:(973) 297-2038

March 2, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Singh v. Soto, et al.*, No. 26-1007 (CCC)
              Extension Request by Consent

Dear Judge Cecchi:

    This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement pending removal proceedings under 8 U.S.C. § 1225(b). We write to respectfully request an extension of Respondents' deadline to respond to Petitioner's motion for fees under the Equal Access to Justice Act, ECF 5, from March 2, 2026 to March 16, 2026. Michael Z. Goldman, Esq., counsel for Petitioner, consents to the extension of Respondents' deadline to March 16, 2026. We thank the Court for its consideration of this matter.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

SO ORDERED

   *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

Date:   3/3/2026

By:   *s/Frances Bajada*
      FRANCES BAJADA
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:    Counsel of record (via ECF)